THE UNITED STATES DISTRICT COURT
CONNECTICUT

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| ) | COMPLAINT & |
| Plaintiff, ) | JURY TRIAL DEMAND |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| QUALEX, INC., EASTMAN KODAK, CO., ) | |
| ) | |
| Defendants. ) | |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Theresa Cristelli and a class of similarly situated former employees of Defendants who were terminated by Defendants based on their age. As set forth below, the Equal Employment Opportunity Commission alleges that Defendants discriminated against Ms. Cristelli and a class of similarly situated employees over age 40 by terminating them based on their age during a reduction in force.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. § 216(c).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Connecticut.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant Qualex, Inc. has continuously been doing business in the State of Connecticut and has continuously had at least 20 employees.

5. At all relevant times, Defendant Qualex, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

6. At all relevant times, Defendant Eastman Kodak, Co. has continuously been doing business in the State of Connecticut and has continuously had at least 20 employees.

7. At all relevant times, Defendant Eastman Kodak, Co. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

8. Defendant Qualex, Inc. is a wholly owned subsidiary of Defendant Eastman Kodak, Co.

## CONCILIATION

9. Prior to institution of this lawsuit, the Commission's representatives attempted to

eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

10.     Since at least January 2004, Defendant has engaged in unlawful employment practices in violation of the ADEA, 29 U.S.C. § 623 as follows: in January 2004, Defendants conducted a reduction in force ("RIF") and selected Ms. Cristelli and a class of similarly situated employees for termination based on their ages (over 40 years old). The average age of those terminated pursuant to the RIF was over 50 and far exceeded the average age of employees retained following the RIF.

11.     Defendants engaged in unlawful employment practices, in violation of the ADEA, 29 U.S.C. § 623, by terminating Ms. Cristelli and a class of similarly situated individuals because of their age, over 40.

12.     The effect of the practices complained of in paragraphs 10 through 11 above has been to deprive Ms. Cristelli and a class of similarly situated individuals over 40 of equal employment opportunities and otherwise adversely affect their employment status.

13.     The unlawful employment practices complained of in paragraphs 10 through 11 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendants, their officers, successors, assigns and all persons in active concert or participation with them, from discriminating against

employees age 40 and over, on the basis of age and/or engaging in protected activity under the ADEA, and from any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

  B. Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of their past and present unlawful employment practices.

  C. Grant a judgment requiring Defendants to pay appropriate back wages in an amount to be determined at trial, and an equal sum as liquidated damages, or prejudgment interest in lieu thereof, to Ms. Cristelli and a class of similarly situated individuals as a result of the acts complained of above.

  D. Order Defendants to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of their unlawful practices, including but not limited to the rehiring of Ms. Cristelli and a class of similarly situated individuals.

  E. Grant such further relief as the Court deems necessary and proper in the public interest.

  F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Ronald S. Cooper
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington D.C.  20507


_/s_____
Elizabeth Grossman
Regional Attorney


_/s_____
Robert D. Rose
Supervisory Trial Attorney

EQUAL EMPLOYMENT
OPPORTNITYCOMMISSION
New York District Office
33 Whitehall Street
New York, NY 10004-2112
Tel. (212) 336-3721
Fax. (212) 336-3623
elizabeth.grossman@eeoc.gov
robert.rose@eeoc.gov