THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALEX, INC., and EASTMAN KODAK CO.,<br><br>Defendants. | Civil Action No.<br>3:08-cv-00823-MRK |

## CONSENT DECREE

The parties to this Consent Decree are plaintiff Equal Employment Opportunity Commission (hereafter "EEOC"), and Qualex, Inc. (hereafter "Qualex"). Pursuant to this decree, defendant Eastman Kodak Co. ("Kodak") is dismissed from this action.

The EEOC brought this action on May 30, 2008, pursuant to the Age Discrimination in Employment Act of 1967, as amended (hereafter "ADEA"), 29 U.S.C. Sec. 621 et. seq., as amended. The EEOC alleged that Qualex and Kodak discriminated against Teresa Cristelli and a class of similarly situated individuals (hereafter "the claimants") by terminating them because of their age from Qualex's East Hartford facility in 2004. Qualex has denied the EEOC's allegations, and this Consent Decree is not an admission of liability or wrongdoing.

The EEOC and Qualex (hereinafter "the parties") desire to settle this action, and therefore stipulate and consent to the entry of this Decree as final and binding between the EEOC and Qualex and its successors or assigns. This Decree resolves all matters related to Civil Action 3:08-cv-00823-MRK, filed in the United States District Court for the District of Connecticut. The parties agree that it is in their mutual interest to resolve fully this matter without the costs, uncertainty, expense, and delay of litigation. The parties agree that this Consent Decree

constitutes the complete agreement between the EEOC, and Qualex. No waiver, modification, or amendment of any provision of this Consent Decree shall be effective unless made in writing, approved by all parties to this Consent Decree, and approved or ordered by the Court.

NOW, THEREFORE, in consideration of the mutual promises and agreements set forth herein, the sufficiency of which is hereby acknowledged, the parties agree as follows, the Court finds appropriate, and therefore, it is ORDERED, ADJUDGED AND DECREED that:

A. **General Provisions**

1. The parties agree and the Court finds that this Court has jurisdiction of the subject matter of this action and of the parties, that venue is proper, and that all administrative prerequisites have been met. No party shall contest the validity of this Decree, or the jurisdiction of the federal district court to enforce this Decree and its terms.

2. Kodak is hereby dismissed as a party to this action.

3. This Consent Decree resolves all issues concerning alleged discrimination by Qualex through the date of this Consent Decree which were raised in the Complaint filed by the EEOC in this case. This Consent Decree also resolves all issues that were raised in the underlying charge, Charge No. 161-2005-00334, filed by Teresa Cristelli with the EEOC. The Parties agree and understand that this Decree in no way affects the EEOC's right to process any pending or future charges that may be filed against Qualex or any other entity and to commence civil actions on any such charges.

4. The parties agree that this Decree may be entered into without Findings of Fact and Conclusions of Law having been made and entered by the Court.

5. This Decree is being issued with the consent of the parties and does not constitute an adjudication or finding by this Court on the merits of the allegations of the Complaint.

6. This Consent Decree shall become effective upon its entry by the Court (the "effective date").

7. Each party and all claimants shall bear their own costs and attorney fees, unless otherwise specified.

8. The parties agree that this Consent Decree constitutes the complete agreement between them, and it supersedes all rights, obligations, negotiations, representations, and writings prior to the date of this Consent Decree. No waiver, modification, or amendment of any provision of this Consent Decree shall be effective unless made in writing, approved by all parties to this Consent Decree, and approved or ordered by the Court.

**B.   Injunctive Relief**

1. Defendant Qualex and its managers, officers, agents, successors, and assigns, are enjoined from discriminating against any individual because of the individual's age, including, but not limited to, terminating employees because of their age. Qualex and its agents are further enjoined from taking any retaliatory action against any individual for participating in this matter in any way or giving testimony in this matter, including, but not limited to, Teresa Cristelli and the other claimants in the case.

2. To the extent that Qualex seeks a waiver of rights under the ADEA from an employee, Qualex is enjoined from violating Title II of the Older Workers Benefit Protection Act, 29 U.S.C. ¶626(f), and its implementing regulations, 29 CFR ¶¶1625.22 and 1625.23, which detail the requirements of a valid waiver under the ADEA, and it shall comply with those sections.

**C.   Monetary Relief**

1. Qualex shall pay a total of Two hundred seventy-two thousand dollars ($272,000) in consideration of the mutual promises herein. This sum, less lawful deductions, shall be paid

as follows to the claimants within ten (10) days of receipt by Qualex of the releases referenced in paragraph 2 below: attached as Exhibit C:

        Teresa Cristelli:    $200,000.00

        Patricia Bayer:     $30,000.00

        Barbara Doerr:    $30,000.00

        Jorja Henderson:  $12,000.00

2.     Cristelli will execute a separate form of release that has been agreed upon between her and Qualex that will allocate the amount paid to her as follows: $57,493.73 as back wages minus applicable state and federal tax withholding reported on Form W-2; $57,493.74 as liquidated damages reported on Form 1099; $20,012.53 as reimbursement of expenses reported on Form 1099; $65,000 as attorneys' fees reported on Form 1099. Bayer, Doerr, and Henderson will execute the release attached as Exhibit C, and the amounts to be paid to them will be allocated as back wages minus applicable state and federal tax withholding reported on Form W-2.

3.     Qualex shall send the respective checks, along with the appropriate tax forms, by certified mail to the following addresses:

    Teresa Cristelli
    c/o Miguel Escalera, Esq.
    21 Oak Street
    Hartford, CT  06106

    Patricia Bayer
    6 Elaine Drive
    Broadbrook CT 06016

    Barbara Doerr
    PO Box 370424
    West Hartford, CT 06137-0424

    Jorja Henderson
    15 Linden Street
    East Hartford CT 06108-4028

Qualex shall simultaneously send copies of the checks and tax forms to:

> Equal Employment Opportunity Commission
> Boston Area Office
> Attn: Mark Penzel
> JFK Federal Building, Room 475
> Boston, MA 02203-0506

D.   **Non-Monetary Relief**

   1.   Posting

Within ten (10) days after the effective date, Qualex shall post at each of its facilities a remedial notice printed on its letterhead and signed by its Chief Executive Officer, in the form attached hereto as Exhibit "A." Said notice shall remain posted for the Term of this Decree and shall be clearly visible in a place where employee notices are usually posted.

   2.   Non-discrimination Policy

   a.   Qualex shall adopt as part of its Human Resource polices and distribute to all employees the Non-Discrimination policy attached as Exhibit "B" no later than ten (10) days after the effective date of this Decree. Qualex shall distribute a copy of the written policies and procedures to all employees hired thereafter within five days of the commencement of their employment. This policy will be included in any relevant policy or employee manuals kept by Qualex, and it should also be kept on any internal company website to the extent other policies are maintained there.

   b.   If Qualex wishes to modify the provisions of its Non-Discrimination Policy concerning age-based discrimination during the Term of the Decree, it shall do so only after submitting the modified policy to the EEOC for approval and receiving such approval in writing. Under no circumstances shall the EEOC, by commenting or electing not to comment on Defendant's Non-Discrimination Policy, be deemed to have waived its right to investigate or

litigate any alleged violation of federal law enforced by the EEOC, related to or resulting from the implementation of any such policy.

    3. <u>Training</u>

    a. Qualex shall conduct three (3) hours of anti-discrimination training for all management and supervisory employees, including, but not limited to, the requirements of the ADEA as it concerns discrimination on the basis of age in reductions in force. The training will be completed within sixty (60) days of the effective date. A copy of the attendance sheet from the training sessions and a current list of management and supervisory employees will be forwarded to the EEOC within ten (10) days after completion of the training. Such training shall also be provided to all new management employees within sixty (60) days of their hire or promotion within the Term of the Consent Decree.

    b. The anti-discrimination training will be conducted by qualified trainers chosen by Qualex and approved by EEOC. Qualex shall submit its choice to the EEOC within twenty (20) days of the effective date, along with biographical information regarding the proposed trainer, a proposed agenda, and the proposed training materials, which the EEOC shall not unreasonably fail to approve. This training shall be conducted two times within the Term of the Decree.

    c. At least fourteen (14) days prior to any scheduled training under this Section, Qualex will provide the EEOC notice of the date, time and location of the scheduled training. The EEOC, at its discretion, may attend and observe one or more of the training sessions and may provide reasonable recommendations to the trainer which may not be unreasonably refused.

    4. <u>OWBPA Compliance</u>

Within thirty (30) days of soliciting waivers in connection with an exit termination program, Qualex shall forward to EEOC a sample of each document provided to terminating employees in connection with the solicitation that sought the release of rights under the ADEA.

E. **MONITORING**

1. The EEOC may monitor and review compliance with this Consent Decree through attendance at training sessions as specified above, review of documents relevant to this Consent Decree, and through interviews of employees and management (with prior notice to Qualex and the presence of counsel regarding any interviews of management).

2. On or before six months after the effective date, and in the month prior to the expiration of the decree, Defendants shall submit written proof via affidavit to the EEOC that it has complied with the above requirements set forth in Section D above.

3. Nothing in this Decree shall be construed to preclude the EEOC from enforcing this Decree in the event that Qualex fails to perform the promises and representations contained herein. No party shall contest the jurisdiction of the federal court to enforce this Consent Decree or the right of any party to this Consent Decree to bring an enforcement suit upon breach of any of the terms of this Consent Decree by any party. Breach of any terms of this Consent Decree shall be deemed a substantive breach of this Consent Decree.

F. **SUCCESSORS**

1. This Consent Decree shall be binding upon Qualex's successors and assigns. Prior to executing an agreement to sell, assign, consolidate or merge with Qualex, Qualex will provide the entity entering into such agreement with notice of this lawsuit and a copy of this consent decree. Qualex must provide written notice to EEOC thirty days prior to any assignment, succession, acquisition, merger, or consolidation affecting Qualex.

G. **TERM OF DECREE**

1. This Decree will remain in effect for three (3) years from the date of entry.

SO ORDERED, ADJUDGED AND DECREED.

Signed this 19th day of March 2009

SO ORDERED, ADJUDGED AND DECREED.

Signed this 19th day of March, 2009

/s/ Mark R. Kravitz, USDJ
United States District Judge

APPROVED IN FORM AND CONTENT:

By Plaintiff,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: s/Elizabeth Grossman
Elizabeth Grossman
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112


By: s/Markus L. Penzel
Markus L. Penzel (ct03881)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Boston Area Office
John F. Kennedy Federal Building,
Room 475
Boston, MA 02203-0506
(617) 565-3193
Markus.penzel@eeoc.gov


For Defendant Qualex:


By: s/George E. O'Brien, Jr.
George E. O'Brien, Jr. (ct04196)
Littler Mendelson, P.C.
265 Church Street - Suite 300
New Haven, CT 06510
203-974-8702
gobrien@littler.com

Exhibit A

## NOTICE

1. This <u>NOTICE</u> is posted pursuant to a Consent Decree between Qualex, Inc. and the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"). Qualex, as part of the resolution of this matter, will not discriminate against any individual because of the individual's age, or engage in retaliation toward any employee because that employee has complained about age discrimination or assisted the EEOC.

2. The Decree requires this posting, training of management and supervisory employees regarding the requirements of the Age Discrimination in Employment Act ("ADEA"), and revisions to and distribution of Qualex's EEO policies.

3. Qualex also has agreed that if it seeks a waiver of anyone's rights under the ADEA, it will comply with Title II of the Older Workers Benefit Protection Act ("OWBPA"), 29 U.S.C. ¶626(f), and its implementing regulations, 29 CFR ¶¶1625.22 and 1625.23, which impose procedural and information requirements on employers who seek waivers of rights under the ADEA from their employees. Among other things, the OWBPA requires that any employee from whom a waiver of rights under the ADEA is sought in connect with a reduction in force be: advised to consult with an attorney before signing; given 45 days to consider it; and told the job titles and ages of all those individuals let go and all those retained.

4. Federal law requires that there be no discrimination against any employee or applicant for employment because of sex, race, national origin, color, age, disability, or religion with respect to hiring, compensation, promotion, discharge, or other terms, conditions, or privileges of employment. Federal law also prohibits retaliation against any person who opposes such discrimination or makes a charge, testifies, assists, or participates in any manner in any investigation, proceeding, or hearing relating to such discrimination. Qualex will comply with such Federal law in all respects.

5. The EEOC maintains offices throughout the United States. Its toll-free telephone number is 1-800-669-4000.

6. This <u>NOTICE</u> will remain posted until *3 YEARS FROM DATE OF SIGNATURE.*

SIGNED this _____ day of _____, 2009.

_____
President

***DO NOT REMOVE THIS NOTICE UNTIL <u>3 YEARS FROM DATE OF SIGNATURE</u>***

**EXHIBIT B**

<u>SUBJECT: EQUAL OPPORTUNITY EMPLOYMENT</u>

1.1.     <u>Equal Opportunity</u>

Qualex, Inc. (Qualex) is committed to providing a work environment that is free from unlawful discrimination and harassment in any form. It is Qualex's policy to comply with all applicable laws that provide equal opportunity in employment for all persons and to prohibit unlawful discrimination in employment. Qualex's policy is not to discriminate by reason of race, color, religion, sex/gender, gender identity, sexual orientation, marital status, pregnancy, citizenship status, national origin, age, disability or veteran status.

Qualex will make reasonable accommodations for qualified individuals with disabilities unless doing so would result in an undue hardship. Persons with disabilities who are in need of accommodation are encouraged to discuss their needs with their Manager or Human Resources Representative.

This policy applies to all terms and conditions of employment, including, but not limited to, hiring, placement, promotion, termination, layoff, recall, transfer, reductions in force, leaves of absence, compensation, and training.

1.2.     <u>Policy Against Unlawful Discrimination/Harassment and Other Inappropriate or Unprofessional Conduct</u>

    1.2.1.     Work Environment

Qualex insists that all individuals be treated with respect and dignity. Each individual should be able to work in a professional atmosphere that promotes teamwork and attainment of Qualex's goals. Improper interference with the ability of Qualex's employees to perform their expected job duties is unacceptable and unprofessional. Qualex expressly prohibits any form of unlawful discrimination, unlawful harassment, and any other inappropriate or unprofessional conduct and will not tolerate, condone, or allow such conduct by fellow employees, supervisors, managers, customers, vendors, contractors, visitors, or others who conduct Qualex business. Qualex's "work environment" extends to all Qualex facilities and any setting outside the workplace where individuals who work with or for Qualex are gathered, such as business trips, customer-site visits, conferences, and social events.

    1.2.2.     Sexual Harassment

The purpose of this policy statement on sexual harassment is to establish clearly and unequivocally that Qualex prohibits sexual harassment by and of its employees. No employee, either male or female, should be subjected to unsolicited or unwelcome sexual advances or conduct either verbal or physical.

"Sexual Harassment" has been defined by government agencies and the courts as conduct which includes all unwelcome sexual advances, requests for sexual favors, and all other verbal or physical conduct of a sexual nature when:

 a. Submission to such conduct is made either explicitly or implicitly a term or condition of employment;
 b. Submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual; or
 c. Such conduct is sufficiently severe or pervasive to alter the conditions of employment and to create a hostile or abusive working environment.

Sexual harassment may take many forms, including, but not limited to: verbal teasing or abuse of a sexual nature; inquiries about sexual activities, sexual orientation and gender identity; subtle pressure or abuse of a sexual nature; inappropriate, unwelcome and unnecessary touching of an individual, for example, grabbing, patting, pinching, hugging, repeatedly brushing again another employee's body or impeding the movement of another person; offensive sexual flirtation, advances, or propositioning, including suggestive looks or gestures; sexually graphic verbal commentaries or jokes made in any medium; sexually degrading words used to describe an individual; or the offensive display in the workplace of sexual or pornographic objects, pictures or writings.

 1.2.3. Racial/Ethic Discrimination and Harassment

The purpose of this policy statement on racial/ethic discrimination and harassment is to establish clearly and unequivocally that Qualex prohibits racial and ethnic discrimination, including racial/ethnic harassment, by and of its employees. No employee, regardless of race or ethnicity, should be subjected to racially or ethnically offensive, hostile, or intimidating conduct either verbal or physical.

Conduct with racial or ethnic content or overtones, which is severe, pervasive or persistent, may be considered racial/ethnic harassment. Racial/ethnic harassment may take many forms, including, but not limited to: menacing behavior, words, or symbols directed at persons of a particular race or ethnicity; displaying, distributing or otherwise communicating anything offensive in any medium which focuses on race or ethnicity; making critical or mocking comments about racial or ethnic characteristics, such as voice, accent, physical features, hair texture, or manner of dress; perpetuating or promoting racial/ethnic stereotypes, such as assumptions about likes and dislikes based on race or ethnicity; assigning persons to an isolated or separate work area based on their race or ethnicity; basing overtime assignments on race or ethnicity.

 1.2.4. Other Illegal Harassment

In addition to sexual, racial, and ethnic harassment, Qualex recognizes that other forms of unlawful harassment exist. Such unlawful harassment may target persons because of their color, gender, religion, sexual orientation, marital status, pregnancy, citizenship status, national origin, age, disability, veteran status, or other factors. Qualex will not tolerate such conduct.

    1.2.5.        Other Inappropriate or Unprofessional Conduct

Qualex also prohibits conduct by or toward any employees, coworkers, supervisors, managers, customers, vendors, contractors, visitors, or others who conduct business with Qualex that is inappropriate in a work environment or is considered unprofessional. Such conduct includes behaviors that improperly interfere with the ability of Qualex's employees to perform their expected job duties.

    1.2.6.        Complaint Procedure Relating to Any Unlawful Discrimination Or Harassment and to Inappropriate or Unprofessional Behavior

Each employee of Qualex is responsible for maintaining a work atmosphere free of discrimination and harassment, sexual or otherwise. Further, employees of Qualex are responsible for respecting the rights of their coworkers. It is Qualex's policy to thoroughly investigate and remedy any known incidence of unlawful discrimination or harassment. Qualex is equally committed to respond to complaints of inappropriate or unprofessional behavior. In order to accomplish this policy, unlawful discrimination or harassment, as well as any other inappropriate or unprofessional behavior by or toward any Qualex employee, supervisor, manager, customer, vendor, contractor, visitor, or other person, must be brought to the attention of Qualex Management and/or Human Resources.

Accordingly, if you experience any harassment based on your gender, race ethnicity, age, religion, or other Protected Classification, believe you have been treated in an unlawful, discriminatory manner, or are subjected to inappropriate or unprofessional behavior, do not ignore it. Although Qualex encourages you to express your concerns directly to the offending person, if, in your judgment, informal direct communications between individual is ineffective or impossible, you should immediately communicate your problem to Management or Human Resources. To do so, promptly report the incident to your Manager or another management employee (ideally within 48 hours of the occurrence), who will investigate the matter and take appropriate action.

If you believe it would be inappropriate to discuss the matter with your Manager, you may report it directly to higher-level management in your organization, or your local Human Resources Director for your organization. The manager, to whom you report the conduct, will promptly cause an investigation to be undertaken. Qualex will endeavor to protect the privacy of both the complainant and the accused and to keep the investigation confidential to the extent practical and appropriate under the circumstances.

    1.2.7.        No Retaliation

Qualex prohibits any form of retaliation against any employee for making a complaint under this policy or for assisting in a complaint investigation. Retaliation of any kind will be considered a violation of this policy.

    1.2.8.        Remedial Measures

If unlawful discrimination, harassment, inappropriate or unprofessional conduct is found to have occurred, appropriate remedial action will be taken. If a Qualex employee is found to have

violated this policy, such employee will be subject to disciplinary action up to and including immediate termination.

Responsibilities

Discrimination and harassment are a violation of Qualex policy, and if encountered or witnessed should be reported to one of Qualex's authorized personnel. If you have a violation to report, of if you feel that you have been discriminated against, you should contact your supervisor, or the Human Resources Department.

Manager Responsibilities

Managers and supervisors have special responsibilities with respect to the policy against discrimination and harassment. They must understand the Qualex policy prohibiting discrimination and harassment.

Generally, Qualex's anti-discrimination policy requires that employment decisions and actions are made without regard to a person's race, gender, age, gender identity, sexual orientation, national origin, veteran status, color, citizenship status, or marital status. Examples of employment decisions include, but are not limited to, evaluating employees' performance; making recommendations on hires, transfers, selecting employees for reductions in force, development opportunities and promotions; recommending discipline, corrective action and termination.

Not only must managers and supervisors conduct themselves in a manner consistent with this policy, they are also responsible for establishing and maintaining a work environment free of unlawful harassment and unlawful discrimination. Managers and supervisors must educate employees on the policy. They must maintain open lines of communication, allowing employees to express their concerns without fear of retaliation. They must stop any form of harassment they observe. They must identify incidents of discrimination immediately and report them to their assigned Human Resources representative and their organization management. Managers and supervisors must ensure, with assistance from Human Resources, that an investigation of allegations of discrimination or harassment is initiated immediately after they are reported. Based on the investigation, managers and supervisors must take appropriate and immediate action.

Employee Responsibility

Employees have important responsibilities with respect to the policy against unlawful discrimination and harassment.

Qualex employees are responsible for knowing and understanding this policy and promoting a workplace free of unlawful discrimination and harassment by conducting themselves in a manner consistent with this policy. Employees should report any unlawful discrimination or harassing conduct they are subjected to or they observe taking place toward another employee immediately to their supervisor, or the Human Resources Department.

Human Resources Responsibility

Human Resources has the same responsibilities as all other employees relative to compliance with company policy. In addition, they are responsible for conducting thorough investigations of the complaints that are brought forward by their client management. The Human Resources representative will assist in determining the proper mode of investigation and the appropriateness of involving other corporate resources. Maintaining appropriate confidentiality throughout investigations is critical.

It is also the responsibility of the HR Manager to provide appropriate coaching and support for all parties involved in harassment and discrimination situations.

Contractors and Vendors

Contractors, vendors and other who have a business relationship with Qualex are responsible for the rules of conduct expressed in the Policy while doing business at or on behalf of Qualex. This will require that all employees of Qualex suppliers are familiar with company policy. Failure to comply with Qualex policy could result in termination of future business. Qualex employees are obligated to report to their supervisor any violation of policy by contractors and vendors.

## Exhibit C

## WAIVER AND RELEASE

In consideration for $ _____ paid to me by Qualex, Inc. in connection with the resolution of EEOC v. Qualex, Inc. and Eastman Kodak Co., 3:08-cv-00823-MRK, I waive my right to recover for any claims of age discrimination arising under the Age Discrimination in Employment Act, as amended, that I might have had against Eastman Kodak Co. and Qualex, Inc. prior to the date of this release and that were included in the claims alleged in EEOC's complaint in EEOC v. Qualex, Inc. and Eastman Kodak Co., 3:08-cv-00823-MRK. I understand that I have up to forty-five days to consider this release and that I have the right to consult an attorney prior to signing this release.

Date: _____ Signature:_____